UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Claire C. Cecchi

v. : Crim. No. 12-0157 (CCC)

JULIUS FERGUSON, :

    Defendant. : <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Julius Ferguson by the Office of the Federal Public Defender for the District of New Jersey (Carol Gillen, Assistant Federal Public Defender, appearing), and the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Dara Aquila Govan, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from today up to and including August 14, 2012, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

    2. The defendant has consented to the aforementioned continuance;

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 3rd day of April, 2012,

IT IS ORDERED that this action be, and hereby is, continued for a period from today up to and including August 14, 2012; and it is further

ORDERED that the period from and including March 9, 2012, through and including August 14, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

    Pre-trial motions: 5/8, 2012
    Opposition: 5/22, 2012
    Motions hearing: to be set

Trial: August 13, 2012 @ 9:30 a.m.

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Assistant U.S. Attorney

_____
Carol Gillen, A.F.P.D.
Counsel for Julius Ferguson